IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WALTER COLLINS,<br><br>　　　　　　Defendant. | **8:16CR35**<br><br>**ORDER** |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 26). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Information, without prejudice, against the above-named Defendant.

IT IS ORDERED that the government's Motion for Dismissal without prejudice (Filing No. 26) is granted.

Dated this 15th day of August, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge